## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY W. MCWILLIAMS,

    Petitioner,

        v.

COMMONWEALTH OF PENNSYLVANIA,

et al.,

    Defendants.

CIVIL ACTION NO. 3:13-CV-2234

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this _____/5T_____ day of May, 2015, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 14) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 14) is **ADOPTED.**

(2)    The Petition (Doc. 1) is **DISMISSED without prejudice.**

(3)    Because a reasonable jurist could debate whether Petitioner had effective assistance of counsel, a certificate of appealability **SHALL ISSUE.**

(3)    The Clerk of Court is instructed to mark this case as **CLOSED.**

A. Richard Caputo
United States District Judge